```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

PHILLIP EARL PATTERSON,           *

       Petitioner,              *

vs.                               *
                                               CASE NO. 4:10-CV-27 (CDL)
DON JARRIEL, Warden,              *

       Respondent               *

## ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on June 21, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 12th day of September, 2011.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE